**No. 11-7905. Daniel Guzman Pinales, Petitioner v. United States.**

565 U.S. 1172, 132 S. Ct. 1130, 181 L. Ed. 2d 1006, 2012 U.S. LEXIS 702.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 441 Fed. Appx. 243.